UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LEE JONES, JR., | No. 2:24-cv-0386 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner currently housed at Atascadero State Hospital, proceeds pro se. He filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff is provided the opportunity to submit a certified copy of his inmate trust account statement.

////
////
////
////
////
////

1

1    In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit,
2 within thirty days from the date of this order, a certified copy of his inmate trust account
3 statement for the six month period immediately preceding the filing of the complaint. Plaintiff's
4 failure to comply with this order will result in a recommendation that this action be dismissed
5 without prejudice.
6 Dated: February 29, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

10   /jone0386.3c.new