UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LEE JONES, JR., | No. 2:24-cv-0386 KJM KJN P |
| Plaintiff, | |
| v. | ORDER FOR PAYMENT OF INMATE FILING FEE |
| DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

To:  Trust Office, Department of State Hospitals, 1215 O Street, MS 3, Sacramento, California 95814:

     Plaintiff is a state inmate confined in Atascadero State Hospital.  Plaintiff, who is proceeding in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action.  Plaintiff is assessed an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to plaintiff's trust account; or (b) the average monthly balance in plaintiff's account for the 6-month period immediately preceding the filing of this action.  28 U.S.C. § 1915(b)(1).  Upon payment of that initial partial filing fee, plaintiff will be obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account.  The California Department of State Hospitals is required to send to the Clerk of the Court the initial partial filing fee and thereafter payments from plaintiff's

1 trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of
2 $350.00 is paid in full.  28 U.S.C. § 1915(b)(2).

3       Good cause appearing therefore, IT IS HEREBY ORDERED that:

4       1. The Trust Office of the California Department of State Hospitals or a designee shall
5 collect from plaintiff's trust account an initial partial filing fee in accordance with the provisions
6 of 28 U.S.C. § 1915(b)(1) as set forth in this order and shall forward the amount to the Clerk of
7 the Court. The payment shall be clearly identified by the name and number assigned to this
8 action.

9       2. Thereafter, the Trust Office of the California Department of State Hospitals or a
10 designee shall collect from plaintiff's trust account monthly payments in an amount equal to
11 twenty percent (20%) of the preceding month's income credited to plaintiff's trust account and
12 forward payments to the Clerk of the Court each time the amount in the account exceeds $10.00
13 in accordance with 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has been
14 paid in full. The payments shall be clearly identified by the name and number assigned to this
15 action.

16       3. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's
17 signed in forma pauperis affidavit on the Trust Office of the California Department of State
18 Hospitals, 1215 O Street, MS 3, Sacramento, California 95814.

19       4. The Clerk of the Court is directed to serve a copy of this order on the Financial
20 Department of the court.

21 Dated: March 24, 2024

22

23       CAROLYN K. DELANEY
      UNITED STATES MAGISTRATE JUDGE

24

25 jone0386.cdc.dmh

26

27

28