1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    EDWARD LEE JONES, JR.,                    No.  2:24-cv-00386 KJM CSK P

12                 Plaintiff,

13          v.                                  ORDER

14    DEPT. OF CORRECTIONS, et al.,

15                 Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided

19    by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On May 9, 2024, the magistrate judge filed findings and recommendations, which were

21    served on plaintiff, and which contained notice to plaintiff that any objections to the findings and

22    recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to the

23    findings and recommendations.

24          The court presumes that any findings of fact are correct.  *See Orand v. United States*,

25    602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed

26    de novo.  *See Robbins v. Carey,* 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law

27    by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

28    /////

                                             1

1   . . . .").  Having reviewed the file, the court finds the findings and recommendations to be

2   supported by the record and by the proper analysis.

3           Accordingly, IT IS HEREBY ORDERED that:

4           1.  The findings and recommendations (ECF No. 14) are adopted in full; and

5           2.  This action is dismissed without prejudice.  *See* Local Rule 110; Fed. R. Civ. P. 41(b).

6   DATED:  June 11, 2024.

7

8   _____
    CHIEF UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28